UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COHEN,<br><br>           Plaintiff,<br><br>      v.<br><br>SANDRA ALFARO, et al.,<br><br>           Defendants. | CASE No. 1:17-cv-00191-MJS (PC)<br><br>**ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF NO. 2)** |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's January 27, 2017 request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The Court finds that the request reflects that Plaintiff in unable to pay the filing fees in this action and is entitled to proceed without prepayment of fees. Accordingly, the request to proceed in forma pauperis is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   February 13, 2017                    /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28